**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

|  |  |  |
|---|---|---|
| **CINDY LAUB,** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 4:21-cv-00508** |
| | ) | Removal from the Circuit Court |
| | ) | of St. Louis City, Missouri |
| | ) | Case No. 2022-CC10386 |
| v. | ) | |
| | ) | |
| **ALLSTAFF TECHNICAL,** | ) | |
| **SOLUTIONS, INC.,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **LEIDOS, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Allstaff Technical Solutions, Inc. hereby removes to the United States District Court for the Eastern District of Missouri the action styled *Cindy Laub v. AllStaff Technical Solutions,, Inc. and LEIDOS, Inc.* Case No. 2022-CC10386, from the Circuit Court of St. Louis City, Missouri.  Defendant Allstaff Technical Solutions, Inc. ("Allstaff") states the following in support of removal:

STATE COURT ACTION

On November 25, 2020, Plaintiff Cindy Laub commenced this matter by filing her Petition in the case styled *Cindy Laub v. AllStaff Technical Solutions,, Inc. and LEIDOS, Inc.* Case No. 2022-CC10386, from the Circuit Court of St. Louis City, Missouri (the "State Court Action").

1. Plaintiff's Petition in the State Court Action asserts age discrimination, gender discrimination, and retaliation in violation of Title VII of the Civil Rights Act of 1964.

2. This is a civil action over which this Court has original federal question jurisdiction under 28 U.S.C. §1331.  As such, Defendant may remove this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

## PAPERS FROM REMOVED ACTION

3. As required under §1446(a), a true and correct copy of the court file from the State Court Action is attached hereto as **Exhibit A**.

## REMOVAL IS TIMELY

4. A Notice of Removal is required to be filed within 30 days after the defendant receives a copy of an initial pleading through service or otherwise.  28 U.S.C. §1446(b).

5. Defendant received a copy of the Petition on April 2, 2021.

6. This Notice of Removal is being filed on or before May 3, 2021.

## VENUE REQUIREMENT IS MET

7. Venue is proper, in that this Court is the United States District Court for the district and division corresponding to the place where the State Court Action was pending.  28 U.S.C. §1441(a).

## FEDERAL QUESTION JURISDICTION

8. Because the Plaintiff's Petition asserts claims arising under federal law, i.e., Title VII of the Civil Rights Act of 1964, this Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331.

9. In summary, this Court has jurisdiction over this action because Plaintiff has pleaded a claim under federal law, removal is therefore proper pursuant to 28 U.S.C. §1331.

10. Under §§ 1441(a) and 1446(a) and Local Rule 2.07(a)(1), the appropriate court for removing this action is the Eastern Division of the U.S. District Court for the Eastern District of Missouri.

## REMOVAL IS PROPER

11. Removal is proper, in that (i) this action is a civil action pending within the jurisdiction of the Circuit Court of St. Louis City, Missouri; (ii) this action could have been brought in this jurisdiction; (iii) and this Court has original federal question jurisdiction. 28 U.S.C. §§ 1441 and 1446.

12. The U.S. District Court for the Eastern District of Missouri, is the appropriate court for removing this action. *See* 28 U.S.C. §§ 1441(a) and 1446(a); Local Rule 2.07(a)(1).

## FILING OF REMOVAL PAPERS

13. Promptly upon filing this Notice of Removal, Allstaff will give notice in writing to all parties and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of St. Louis City, Missouri, as required by 28 U.S.C. §1446(d).

## JURY TRIAL DEMANDED

14. Allstaff requests a jury trial on all matters.

## DESIGNATION OF PLACE OF TRIAL

15. Allstaff hereby designates St. Louis, Missouri as the place for trial.

## CONCLUSION

WHEREFORE, Defendant Allstaff Technical Solutions, Inc. does hereby remove the above-captioned action from the Circuit Court of St. Louis City, State of Missouri, and requests that further proceedings be conducted in this Court as provided by law.

DATED:  April 30, 2021.

3

Respectfully submitted,

/s/ Karen J. Halbrook
Karen J. Halbrook    (MO #38919)
Paul E. Torlina      (MO #52798)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: khalbook@halbrookwoodlaw.com
E-MAIL: ptorlina@halbrookwoodlaw.com

**ATTORNEYS FOR DEFENDANT ALLSTAFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 30th day of April 2021, the foregoing was electronically mailed to:

Douglas Ponder (MO #54968)
Jaclyn Zimmermann (MO #57814)
Ponder Zimmermann LLC
20 South Sarah Street
St. Louis, Missouri 63108
Tel: 314.272.2621
Fax: 314.272.2713
dbp@ponderzimmermann.com
jmz@ponderzimmermann.com

**ATTORNEYS FOR PLAINTIFF**

/s/Karen J. Halbrook
**ATTORNEYS FOR DEFENDANT ALLSTAFF**