Electronically Filed - City of St. Louis - November 25, 2020 - 09:53 AM

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| **CINDY LAUB**, ) | |
| ) | |
| Plaintiff, ) | Cause No. _____ |
| ) | |
| v. ) | Division No. ___ |
| ) | |
| **ALLSTAFF TECHNICAL** ) | |
| **SOLUTIONS, INC.,** ) | |
| Serve:  Rebekah Barr ) | |
| 3066 Mercer University Drive ) | |
| Suite 300 ) | |
| Atlanta, GA 30341 ) | Jury Trial Demanded |
| ) | |
| **LEIDOS, INC.,** ) | |
| Serve:  CT Corporation System ) | |
| 120 South Central Avenue ) | |
| Clayton, MO 63105 ) | |
| ) | |
| Defendants. ) | |

## **PETITION FOR DAMAGES**

COMES NOW Plaintiff and for her Petition for Damages against Defendants states:

### **Nature of Action**

1.  This action is brought pursuant to the Age Discrimination in Employment Act ("ADEA") and Title VII of the Civil Rights of 1964.

### **Parties**

2.  Plaintiff is an adult female citizen of the State of Illinois.

3.  Defendant Allstaff Technical Solutions, Inc. ("Allstaff") is a corporation organized under the laws of the State of Mississippi.

4.  Defendant Allstaff, among other things, provides technical consulting and staffing services to federal government contractors.

1

**EXHIBIT A**

5. Defendant Leidos, Inc. ("Leidos") is a corporation organized under the laws of the State of Delaware.

6. Defendant Leidos is a defense, aviation, information technology, and biomedical research company that works extensively with the federal government.

7. At all times relevant to this lawsuit, Defendants were employers within the meaning of the ADEA and Title VII.

8. At all times relevant to this lawsuit, Defendants Allstaff and Leidos were co-employers of Plaintiff.

9. Alternatively, at all times relevant to this lawsuit, Defendant Allstaff was Plaintiff's employer.

10. Alternatively, at all time relevant to this lawsuit, Defendant Leidos was Plaintiff's employer.

**Procedural Prerequisites**

11. Plaintiff timely submitted a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) against Defendant Allstaff, and on or about September 1, 2020, the EEOC issued its Dismissal and Notice of Rights with regard to Defendant Allstaff, and Plaintiff instituted this action within 90 days of her receipt thereof.

12. Plaintiff timely submitted a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) against Defendant Leidos, and on or about September 1, 2020, the EEOC issued its Dismissal and Notice of Rights with regard to Defendant Leidos, and Plaintiff instituted this action within 90 days of her receipt thereof.

**Factual Allegations**

13. Plaintiff was born on December 18, 1962.

**EXHIBIT A**

Electronically Filed - City of St. Louis - November 25, 2020 - 09:53 AM

Electronically Filed - City of St. Louis - November 25, 2020 - 09:53 AM

14. Plaintiff worked as a PC Tech with the St. Louis District of the Army Corps of Engineers.

15. Plaintiff did not work directly for the Army Corps of Engineers, and instead was employed through contractors.

16. In June 2018 (or thereabouts), the Army Corps of Engineers Information Technology contract (ACE-IT) was awarded to Leidos.

17. Leidos then subcontracted with Allstaff such that all PC Techs at the St. Louis District became employed by Leidos and/or Allstaff.

18. When Leidos took over the ACE-IT, there were only two PC Techs, Plaintiff and William Patient.

19. Patient was 61 years old.

20. Several additional PC Techs were hired, all of which were younger than Plaintiff and Patient.

21. In addition, the additional PC Techs that were hired were male.

22. On or about October 19, 2018, Plaintiff and Patient were summoned to a meeting with two of their superiors, Bruce Bower and James Kot.

23. During this meeting, Bower and Kot told Plaintiff and Patient they were too old and that they wanted younger and more energetic techs.

24. Plaintiff was shocked by this, and as such Plaintiff reported it to her superior.

25. On or about January 28, 2019, Plaintiff was terminated for false and pretextual reasons.

26. Patient was subsequently terminated as well.

### Count I (Age Discrimination) - Allstaff

**EXHIBIT A**

27. Plaintiff incorporates by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

28. Plaintiff was born on December 18, 1962 and therefore is a member of a protected group.

29. Because of her age, Plaintiff was discriminated against and suffered adverse employment action by Defendant, including termination.

30. Plaintiff's age was a motivating factor in Defendant's adverse decision against Plaintiff.

31. Plaintiff was damaged as a result of the adverse employment action taken against her.

32. Defendant engaged in intentional discrimination and did so with malice or reckless indifference to the federally protected rights of Plaintiff, and Defendant's conduct was outrageous because of an evil motive and reckless indifference to the rights of Plaintiff, in that Defendant discriminated against Plaintiff without just cause or excuse.

**WHEREFORE**, Plaintiff prays for judgment in her favor and against Defendant Allstaff for damages in excess of $25,000, including both actual and punitive damages, for the costs incurred herein and expended, for attorneys' fees, and for such other and further relief as the Court deems just under the circumstances.

### Count II (Gender Discrimination) - Allstaff

33. Plaintiff incorporates by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

34. Plaintiff is female, and therefore is a member of a protected group.

Electronically Filed - City of St. Louis - November 25, 2020 - 09:53 AM

**EXHIBIT A**

35. Because of her gender, Plaintiff was discriminated against and suffered adverse employment action by Defendant, including termination.

36. Plaintiff's gender was a motivating factor in Defendant's adverse decision against Plaintiff.

37. Plaintiff was damaged as a result of the adverse employment action taken against her.

38. Defendant engaged in intentional discrimination and did so with malice or reckless indifference to the federally protected rights of Plaintiff, and Defendant's conduct was outrageous because of an evil motive and reckless indifference to the rights of Plaintiff, in that Defendant discriminated against Plaintiff without just cause or excuse.

**WHEREFORE**, Plaintiff prays for judgment in her favor and against Defendant Allstaff for damages in excess of $25,000, including both actual and punitive damages, for the costs incurred herein and expended, for attorneys' fees, and for such other and further relief as the Court deems just under the circumstances.

<u>**Count III (Retaliation) - Allstaff**</u>

39. Plaintiff incorporates by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

40. Plaintiff opposed discrimination when she reported the discriminatory comments made towards her to her superior.

41. Plaintiff reasonably believed she was being discriminated against.

42. Because of her opposition to discrimination, Plaintiff was retaliated against and suffered adverse employment action by Defendant, including termination.

Electronically Filed - City of St. Louis - November 25, 2020 - 09:53 AM

**EXHIBIT A**

43. Plaintiff's opposition to discrimination was a motivating factor in Defendant's adverse decision against Plaintiff.

44. Plaintiff was damaged as a result of the adverse employment action taken against her.

45. Defendant engaged in intentional retaliation and did so with malice or reckless indifference to the federally protected rights of Plaintiff, and Defendant's conduct was outrageous because of an evil motive and reckless indifference to the rights of Plaintiff, in that Defendant retaliated against Plaintiff without just cause or excuse.

**WHEREFORE**, Plaintiff prays for judgment in her favor and against Defendant Allstaff for damages in excess of $25,000, including both actual and punitive damages, for the costs incurred herein and expended, for attorneys' fees, and for such other and further relief as the Court deems just under the circumstances.

### Count IV (Age Discrimination) - Leidos

46. Plaintiff incorporates by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

47. Plaintiff was born on December 18, 1962 and therefore is a member of a protected group.

48. Because of her age, Plaintiff was discriminated against and suffered adverse employment action by Defendant, including termination.

49. Plaintiff's age was a motivating factor in Defendant's adverse decision against Plaintiff.

50. Plaintiff was damaged as a result of the adverse employment action taken against her.

**EXHIBIT A**

51. Defendant engaged in intentional discrimination and did so with malice or reckless indifference to the federally protected rights of Plaintiff, and Defendant's conduct was outrageous because of an evil motive and reckless indifference to the rights of Plaintiff, in that Defendant discriminated against Plaintiff without just cause or excuse.

**WHEREFORE**, Plaintiff prays for judgment in her favor and against Defendant Leidos for damages in excess of $25,000, including both actual and punitive damages, for the costs incurred herein and expended, for attorneys' fees, and for such other and further relief as the Court deems just under the circumstances.

### Count V (Gender Discrimination) - Leidos

52. Plaintiff incorporates by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

53. Plaintiff is female, and therefore is a member of a protected group.

54. Because of her gender, Plaintiff was discriminated against and suffered adverse employment action by Defendant, including termination.

55. Plaintiff's gender was a motivating factor in Defendant's adverse decision against Plaintiff.

56. Plaintiff was damaged as a result of the adverse employment action taken against her.

57. Defendant engaged in intentional discrimination and did so with malice or reckless indifference to the federally protected rights of Plaintiff, and Defendant's conduct was outrageous because of an evil motive and reckless indifference to the rights of Plaintiff, in that Defendant discriminated against Plaintiff without just cause or excuse.

**EXHIBIT A**

Electronically Filed - City of St. Louis - November 25, 2020 - 09:53 AM

**WHEREFORE**, Plaintiff prays for judgment in her favor and against Defendant Leidos for damages in excess of $25,000, including both actual and punitive damages, for the costs incurred herein and expended, for attorneys' fees, and for such other and further relief as the Court deems just under the circumstances.

### Count VI (Retaliation) - Leidos

58. Plaintiff incorporates by reference, as if fully set forth herein, each and every allegation set forth in the preceding paragraphs and further alleges as follows:

59. Plaintiff opposed discrimination when she reported the discriminatory comments made towards her to her superior.

60. Plaintiff reasonably believed she was being discriminated against.

61. Because of her opposition to discrimination, Plaintiff was retaliated against and suffered adverse employment action by Defendant, including termination.

62. Plaintiff was damaged as a result of the adverse employment action taken against her.

63. Defendant engaged in intentional retaliation and did so with malice or reckless indifference to the federally protected rights of Plaintiff, and Defendant's conduct was outrageous because of an evil motive and reckless indifference to the rights of Plaintiff, in that Defendant retaliated against Plaintiff without just cause or excuse.

**WHEREFORE**, Plaintiff prays for judgment in her favor and against Defendant Leidos for damages in excess of $25,000, including both actual and punitive damages, for the costs incurred herein and expended, for attorneys' fees, and for such other and further relief as the Court deems just under the circumstances.

Electronically Filed - City of St. Louis - November 25, 2020 - 09:53 AM

**EXHIBIT A**

Respectfully submitted,

PONDER ZIMMERMANN LLC

By  /s/ Douglas Ponder
    Douglas Ponder, #54968
    dbp@ponderzimmermann.com
    Jaclyn M. Zimmermann, #57814
    jmz@ponderzimmermann.com
    20 South Sarah Street
    St. Louis, MO  63108
    Phone:    314-272-2621
    FAX:      314-272-2713
    *Attorneys for Plaintiff*

**EXHIBIT A**

Electronically Filed - City of St. Louis - November 25, 2020 - 09:53 AM



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC10386 | |
|---|---|---|
| Plaintiff/Petitioner:<br>CINDY LAUB<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS BRIAN PONDER<br>20 SOUTH SARAH ST<br>ST LOUIS, MO  63108 | |
| Defendant/Respondent:<br>ALLSTAFF TECHNICAL SOLUTIONS INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** ALLSTAFF TECHNICAL SOLUTIONS INC.
**Alias:**

REBEKAH BARR
3066 MERCER UNIVERSITY DRIVE
SUITE 300
ATLANTA, GA  30341

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**November 27, 2020**
_____    _____
Date                                                        Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server             Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

*(Seal)*

**Service Fees**
Summons     $_____
Non Est         $_____
Mileage         $_____ (_____ miles @ $ _____ per mile)
Total              $_____

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: **Document ID# 20-SMOS-5230**   1 of 2   **(2022-CC10386)**   Rules 54.06, 54.07, 54.14, 54.20;
506.500, 506.510 RSMo

**EXHIBIT A**

**Directions to Officer Making Return on Service of Summons**

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: **Document ID# 20-SMOS-5230**    2  of  2  **(2022-CC10386)**    Rules 54.06, 54.07, 54.14, 54.20; 506.100, 506.510 RSMo

**EXHIBIT A**



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| **Judge or Division:** REX M BURLISON | **Case Number:** 2022-CC10386 |
| **Plaintiff/Petitioner:** CINDY LAUB | **Plaintiff's/Petitioner's Attorney/Address** DOUGLAS BRIAN PONDER 20 SOUTH SARAH ST ST LOUIS, MO 63108 |
| vs. | |
| **Defendant/Respondent:** ALLSTAFF TECHNICAL SOLUTIONS INC. | **Court Address:** CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 |
| **Nature of Suit:** CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** LEIDOS INC.
**Alias:**

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

*COURT SEAL OF CITY OF ST LOUIS*

**ST LOUIS COUNTY SHERIFF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**November 27, 2020**
_____         _____
          Date                                                                                Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____        _____
                                                    Date                        Notary Public

**Sheriff's Fees, if applicable**
Summons                $_____
Non Est                   $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $   10.00
Mileage                   $_____  (_____ miles @ $.____ per mile)
**Total**                 $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 20-SMCC-16018**    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140 and 506.150 RSMo

**EXHIBIT A**

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| **CINDY LAUB**, ) | |
| ) | |
| Plaintiff, ) | Cause No. 2022-CC10386 |
| ) | |
| v. ) | |
| ) | |
| **ALLSTAFF TECHNICAL** ) | |
| **SOLUTIONS, INC., et al.**, ) | |
| ) | |
| Defendants. ) | |

## REQUEST FOR SUMMONS

COMES NOW Plaintiff and requests that summons be issued in this matter to the Defendants at the following addresses:

**Allstaff Technical Solutions, Inc.**
Serve: Rebekah Barr
      3066 Mercer University Drive, Suite 300
      Atlanta, GA 30341

**Leidos, Inc.**
Serve: CT Corporation System
      120 South Central Avenue
      Clayton, MO 63105

1

**EXHIBIT A**

2

Respectfully submitted,

PONDER ZIMMERMANN LLC

By   /s/ Douglas Ponder
    Douglas Ponder, #54968
    dbp@ponderzimmermann.com
    Jaclyn M. Zimmermann, #57814
    jmz@ponderzimmermann.com
    20 South Sarah Street
    St. Louis, MO  63108
    Phone:     314-272-2621
    FAX:        314-272-2713
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system, this 16th day of March, 2021, to all attorneys of record in this matter.

    /s/ Douglas Ponder

2

**EXHIBIT A**

**ST LOUIS COUNTY SHERIFF**

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: MICHAEL FRANCIS STELZER | Case Number: 2022-CC10386 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: CINDY LAUB<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DOUGLAS BRIAN PONDER<br>20 SOUTH SARAH ST<br>ST LOUIS, MO 63108 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent: ALLSTAFF TECHNICAL SOLUTIONS INC. | Court Address: CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit: CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

### Alias Summons in Civil Case

**The State of Missouri to:** LEIDOS INC.
**Alias:**

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

*COURT SEAL OF CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**March 25, 2021**
_____ Date                    _____ Clerk (signed Thomas Kloeppinger)

Further Information:

#### Sheriff's or Server's Return
**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ Printed Name of Sheriff or Server        _____ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____ Date    _____ Notary Public

**Sheriff's Fees, if applicable**
Summons                                    $_____
Non Est                                    $_____
Sheriff's Deputy Salary
Supplemental Surcharge                     $     10.00
Mileage                                    $_____ (_____ miles @ $._____ per mile)
**Total**                                  $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-2060**    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140 and 506.150 RSMo

**EXHIBIT A**



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2022-CC10386 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>CINDY LAUB<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS BRIAN PONDER<br>20 SOUTH SARAH ST<br>ST LOUIS, MO  63108 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>ALLSTAFF TECHNICAL SOLUTIONS INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

## Alias Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** ALLSTAFF TECHNICAL SOLUTIONS INC.
   Alias:

REBEKAH BARR
3066 MERCER UNIVERSITY DRIVE
SUITE 300
ATLANTA, GA  30341

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**March 25, 2021**
_____                _____
             Date                                                             Clerk
Further Information:

## Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                _____
Printed Name of Sheriff or Server                          Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                              ☐ the judge of the court of which affiant is an officer.
                              ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                              ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

**Service Fees**
Summons      $_____
Non Est          $_____
Mileage        $_____ (_____miles @ $ _____ per mile)
Total            $_____

**See the following page for directions to officer making return on service of summons.**

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: **Document ID# 21-SMOS-1225**      1 of 2   **(2022-CC10386)**      Rules 54.06, 54.07, 54.14, 54.20; 506.100, 506.510 RSMo

**EXHIBIT A**

**Directions to Officer Making Return on Service of Summons**

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

**EXHIBIT A**



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2022-CC10386 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>CINDY LAUB<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>DOUGLAS BRIAN PONDER<br>20 SOUTH SARAH ST<br>ST LOUIS, MO 63108 | Special Process Server 2 |
|  |  | Special Process Server 3 |
| Defendant/Respondent:<br>ALLSTAFF TECHNICAL SOLUTIONS INC. | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | |

### Alias Summons for Personal Service Outside the State of Missouri
(Except Attachment Action)

The State of Missouri to: ALLSTAFF TECHNICAL SOLUTIONS INC.
Alias:

REBEKAH BARR
3066 MERCER UNIVERSITY DRIVE
SUITE 300
ATLANTA, GA 30341

**COURT SEAL OF CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

March 25, 2021 _____ Thomas Kloeppinger
Date                                                          Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _Certified Process Server_ of _Cobb_ County, _Georgia_ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _Snezhana Dragni_ (name) _Director of Operations_ (title).
   ☐ other: _____.

Served at _3066 Mercer University Drive_ (address)
in _DeKalb_ County, _Georgia_ (state), on _4/2/2021_ (date) at _11:50 AM_ (time).

_Margaret Ruddock_                                   _Margaret Ruddock_
Printed Name of Sheriff or Server                  Signature of Sheriff or Server

Subscribed and sworn to before me this _2nd_ (day) _April_ (month) _2021_ (year).
I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☑ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

Denine Jordan
NOTARY PUBLIC
DeKalb County, GEORGIA
My Commission Expires 09/01/2023

_Denine Jordan, notary_
Signature and Title

**Service Fees**
Summons  $_____
Non Est  $_____
Mileage  $_____ (_____ miles @ $_____ per mile)
Total    $_____

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: Document ID# 21-SMOS-1225      1 of 2  (2022-CC10386)      Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

**EXHIBIT A**

ST LOUIS COUNTY SHERIFF

Return SB 4/24

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: MICHAEL FRANCIS STELZER | Case Number: 2022-CC10386 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: CINDY LAUB | Plaintiff's/Petitioner's Attorney/Address DOUGLAS BRIAN PONDER 20 SOUTH SARAH ST ST LOUIS, MO 63108    54968 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent: ALLSTAFF TECHNICAL SOLUTIONS INC. | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | |
| Nature of Suit: CC Employmnt Discrmntn 213.111 | | (Date File Stamp) |

## Alias Summons in Civil Case

The State of Missouri to: LEIDOS INC.
Alias: 30 CTCC VW

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

March 25, 2021                    _Thomas Kloeppinger_
_____                  _____
Date                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: LCW – B. LOVE (name) INTAKE SPECIALIST (title).
☒ other: CT CORPORATION

Served at _____ (address)
in St. Louis County (County/City of St. Louis), MO, on APR 1 6 2021 (date) at 9 AM (time).

Tom Deakin
_____                                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer.
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                        Date              Notary Public

APR 12 2021
2021 APR 16 PM 3:21 RECEIVED ST. LOUIS COUNTY SHERIFF'S OFFICE

**Sheriff's Fees, if applicable**
Summons                              $_____
Non Est                              $_____
Sheriff's Deputy Salary
Supplemental Surcharge               $   10.00
Mileage                              $_____ (_____ miles @ $_____ per mile)
Total                                $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

4/14/21

21-SMCC-3256

OSCA (06-12) SM30 (SMCC) For Court Use Only: Document Id # 21-SMCC-2060    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**