UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CINDY LAUB ) | |
| Plaintiff(s), ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Case No. 4:21-cv-00508-RWS |
| ) | |
| ALLSTAFF TECHNICAL ) | |
| SOLUTIONS, INC. et al. ) | |
| Defendant (s). ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

___

**Option 1**

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

___

**Option 2**

☒ An ADR conference was held on: _____July 12, 2021_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____
_____.

The ADR referral was concluded on  July 12, 2021  . The parties [☒ did   ☐ did not] achieve a settlement.                                                                          ***Check One***

___

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.
___

Date:    July 26, 2021     Neutral:     /s/ Francis X. Neuner, Jr.