UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CINDY LAUB, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:21 CV 508 RWS ) |
| ALLSTATE TECHNICAL SOLUTIONS, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the August 20, 2021 Scheduling Conference pursuant to Fed.R.Civ.P. 16 is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of July, 2021.