UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CINDY LAUB, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| ALLSTAFF TECHNICAL SOLUTIONS, INC. and LEIDOS, INC., | ) ) ) ) ) |
| Defendants. | ) |

Case No. 4:21-cv-00508-RWS

### ORDER OF DISMISSAL WITH PREJUDICE

NOW ON THIS 15th day of September, 2021, the Court takes up for consideration the Parties' Stipulation of Dismissal with Prejudice. After full consideration of the matter, and being duly advised of the same, the Court hereby dismisses this case with prejudice, with each Party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
Judge

{00524863.DOCX;-1}